UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAUL CHETCUTI, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 1:17-cv-07329 |
| v. | ) ) |
| SUN BANCORP, INC., JEFFREY S. BROWN, SIDNEY R. BROWN, ANTHONY R. COSCIA, F. CLAY CREASEY, PETER GALETTO, JR., ELI KRAMER, JAMES B. LOCKHART III, WILLIAM J. MARINO, THOMAS M. O'BRIEN, KEITH STOCK, and GRACE C. TORRES, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Paul Chetcuti ("Plaintiff") voluntarily dismisses the captioned action (the "Action") without prejudice as to Plaintiff without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  September 21, 2017          LEVI & KORSINSKY, LLP

                                                                                         /s/ Donald J. Enright
                                                                                         Donald J. Enright
                                                                                         LEVI & KORSINSKY, LLP
                                                                                        1101 30th Street, N.W., Suite 115
                                                                                         Washington, D.C. 20007
                                                                                         Telephone:    (202) 524-4292
                                                                                         Facsimile:      (202) 333-2121
                                                                                        Email: denright@zlk.com

*Attorneys for Plaintiff*

*Attorneys for Plaintiff*